FILED

NOT FOR PUBLICATION

NOV 19 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

FORTINO CHOLULA-RIOS, a.k.a.
Fortinio Rios Cholula, a.k.a. Leonardo
Cholula, a.k.a. Leopold Fortino Cholula,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-73718

Agency No. A092-903-609

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Fortino Cholula-Rios, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") removal order.  We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary denial of Cholula-Rios's cancellation of removal application.  *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Bermudez v. Holder*, 586 F.3d 1167, 1169 (9th Cir. 2009) (per curiam).  Cholula-Rios's challenge to the IJ's weighing of the evidence is not a legal argument that confers jurisdiction.

**PETITION FOR REVIEW DISMISSED.**